# EXHIBIT A

Filing Attorney's Name: Benjamin M. Del Vento, Jr.
ID. No.: 034281994
**BENJAMIN M. DEL VENTO**
A PROFESSIONAL ASSOCIATION
70 South Orange Avenue, Suite 150
Livingston, N.J. 07039
(973) 758-1801
Attorneys for Plaintiff: ESTATE OF MARY CARSWELL

| **PLAINTIFF** | : SUPERIOR COURT OF NEW JERSEY |
| ESTATE OF MARY CARSWELL | : LAW DIVISION - ESSEX COUNTY |
| | : |
| vs. | : DOCKET NO.: |
| | : |
| **DEFENDANTS** | : *Civil Action* |
| COSTCO WHOLESALE | : |
| CORPORATION and JOHN DOE A to | : |
| Z, individually, jointly and/or severally | : |

## COMPLAINT AND JURY DEMAND

ESTATE OF MARY CARSWELL, formerly residing at 236 Broad Street, City of Newark, County of Essex and State of New Jersey complaining of the defendants herein says:

### FIRST COUNT

1. On or about December 23, 2019, the plaintiff, MARY CARSWELL, was lawfully on premises known by and as 1055 Hudson Street, Township of Union, County of Union and State of New Jersey.

2. On or about December 23, 2019, the defendants, COSTCO WHOLESALE CORPORATION and JOHN DOE, A to Z, individually, jointly and/or severally, were the owners, occupiers and/or were responsible for premises known by and as 1055 Hudson Street, Township of Union, County of Union and State of New Jersey.

3. Defendants, JOHN DOE, A to Z, individually, jointly and/or severally, represents any owner, occupier, possessor, maintainer, or maintenance company which may at the time of the accident have been the owner, occupier, or otherwise maintained the aforementioned premises.

4. At the aforementioned time, defendants, COSTCO WHOLESALE CORPORATION and JOHN DOE, A to Z, individually, jointly and/or severally, so negligently owned, operated, possessed and/or maintained those premises so as to cause the plaintiff, MARY CARSWELL, who was lawfully on such property to fall.

5. As a result of the negligence of the defendants, COSTCO WHOLESALE CORPORATION and JOHN DOE, A to Z, individually, jointly and/or severally, the plaintiff, MARY CARSWELL, was seriously and permanently injured, suffered and in the future will be caused to suffer great pain, and anguish, did and in the future will be required to expend diverse sums of money for treatment and cure and did and will in the future be prevented from attending to the plaintiff's needs.

WHEREFORE, the plaintiff, ESTATE OF MARY CARSWELL, demands judgment against the defendants, COSTCO WHOLESALE CORPORATION, and JOHN DOE, A to Z, individually, jointly and/or severally, besides legal interest and costs of suit.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demand a trial by a jury of six (6) persons as to all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, BENJAMIN M. DEL VENTO, JR., is designated trial

attorney in this matter.

## CERTIFICATION PURSUANT TO R. 4:5-1

The undersigned certifies that the within matter in controversy is not the subject of any other action pending in any court nor of a pending arbitration proceeding. It is further certified that no arbitration proceeding is contemplated at this time.

LAW OFFICES OF<br>
BENJAMIN M. DEL VENTO, P.A.<br><br>
BY: _____<br>
BENJAMIN M. DEL VENTO, JR.

DATED: 12.13.2021

# Civil Case Information Statement

## Case Details: ESSEX | Civil Part Docket# L-009563-21

**Case Caption:** ESTATE OF MARY CARSWELL VS COSTCO WHOLESALE COR
**Case Initiation Date:** 12/14/2021
**Attorney Name:** BENJAMIN M DEL VENTO
**Firm Name:** BENJAMIN M. DEL VENTO, PA
**Address:** 70 SOUTH ORANGE AVENUE SUITE 150 LIVINGSTON NJ 07039
**Phone:** 9737581801
**Name of Party:** PLAINTIFF : ESTATE OF MARY CARSWELL
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: ESTATE OF MARY CARSWELL?** NO

---

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
   **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

---

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

12/14/2021
Dated

/s/ BENJAMIN M DEL VENTO
Signed

# EXHIBIT B

P5807276

| | |
|---|---|
| ESTATE OF MARY CARSWELL<br>PLAINTIFF<br>-- vs --<br>COSTCO WHOLESALE CORPORATION, ET AL.<br>DEFENDANT | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION ESSEX COUNTY<br>Docket No. ESX-L-9563-21 |

**Person to be Served**
COSTCO WHOLESALE CORPORATION
C/O CORPORATION SYSTEM
820 BEAR TAVERN RD
WEST TRENTON NJ 08628

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** CIVIL CASE INFORMATION STATEMENT, TRACK ASSIGNMENT NOTICE, SUMMONS, COMPLAINT, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL, CERTIFICATION PURSUANT TO R.4:5-1,
**Service Data:**
Served Successfully **X** Not Served ____ Date: 12/20/2021 Time: 9:36AM Attempts: ____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

S Kuntz

___ Left a copy with a competent household member of over 14 years of age residing therein.

INTAKE SPECIALIST

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
SEX: MALE    COLOR: WHITE    HAIR: BROWN    APP.AGE: 40-50    APP. HT: 5'9    APP. WT: 250
OTHER:

**Comments Or Remarks:**

Sworn to before me this
28TH day of DECEMBER, 2021

*Kendra Wolsky*

KENDRA M. WOLSKY
Notary Public, State of New Jersey
No. 2453882
Qualified in
Commission Expires 11/05/2025

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  _____
Signature of Process Server    Date

Client File Number:

PM Legal
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
BENJAMIN M. DEL VENTO